IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PERKINS DELAWARE, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>MF CORNHUSKER MEMBER, LLC, a Delaware limited liability company; and MFP CORNHUSKER PROPERTIES LLC, a Delaware limited liability company;<br><br>Defendants. | **8:17CV332**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by David S. Houghton and Keith A. Harvat and the law firm of Houghton Bradford Whitted PC, LLO, as counsel of record for Defendant, MFP Cornhusker Properties LLC, (Filing No. 7), is granted.

September 19, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge